UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMERICAN CIVIL LIBERTIES UNION
OF FLORIDA, INC., et al.,

    Plaintiffs,

v.                                           Case No: 8:14-cv-1606-T-23TGW

CITY OF SARASOTA, et al.,

    Defendants.
_____/

## NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05

Please take notice that, in accordance with Local Rule 3.05, this action is designated as a Track **ONE** Case. Plaintiff is responsible for serving a copy of this notice and any attachment to this notice upon all other parties. All parties must meet any requirements established in Local Rule 3.05 for cases designated on this track.

                                                           SHERYL L. LOESCH, CLERK

July 10, 2014                              By:    <u>Terese Dear</u>
                                                              Courtroom Deputy Clerk