UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMERICAN CIVIL LIBERTIES
UNION OF FLORIDA, INC., et al.,

    Plaintiffs,

v.

    No. 8:14-cv-1606 T-23TGW

CITY OF SARASOTA, et al.,

    Defendants.

### PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR MOTION FOR REMAND

Pursuant to M.D. Fla. Loc. R. 3.01(d) Plaintiffs hereby respectfully request leave to file a ten-page Reply in Support of their Motion for Remand (DE 11) and state as follows:

Plaintiffs would like an opportunity to reply to several statements and arguments made in Det. Jackson's Response (DE 18). Specifically, Plaintiffs would like to clarify that even if Det. Jackson has a "colorable" or "plausible" federal defense to survive immediate remand, *Magnin v. Teledyne Cont'l Motors*, 91 F.3d 1424, 1427 (11th Cir. 1996), the court would properly remand the case after the required scrutiny into and factual resolution of the capacity (city or federal) in which he applied for and received the state Stingray orders.

Additionally, Plaintiffs would like to reply to Det. Jackson's arguments that the U.S. Marshals Service may assist local law enforcement agencies in the "arrest of state law fugitives" and that Rule 41 does not apply to Det. Jackson's use of Stingray devices.

Dated:   Aug. 7, 2014

### CERTIFICATE OF CONFERRAL

Pursuant to M.D. Fla. Loc. R. 3.01(g), the below counsel conferred with opposing counsel in a good faith effort to resolve the issues raised in this motion. **Det. Jackson does not oppose this relief; the City opposes the relief**.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed today the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all persons registered for this case, including any opposing counsel that have appeared.

**Respectfully Submitted,**

s/Benjamin James Stevenson
**Benjamin James Stevenson**
ACLU Foundation of Fla.
P.O. Box 12723
Pensacola, FL  32591-2723
Fla. Bar. No. 598909
T. 786.363.2738
F. 786.363.1985
bstevenson@aclufl.org

**Andrea Flynn Mogensen**
Cooperating ACLU Foundation of Fla.
Law Office of Andrea Flynn Mogensen, P.A.
200 S. Washington Blvd., Ste. 7
Sarasota FL 34236
Fla. Bar. No. 0549681
T. 941.955.1066
F. 941.955.1008
amogensen@sunshinelitigation.com

**Maria Kayanan**
Associate Legal Director
ACLU Foundation of Fla.
4500 Biscayne Boulevard
Miami, FL 33137
Fla. Bar. No. 305601
T. 786.363.2700
F. 786.363.1108
MKayanan@aclufl.org

*Counsel for ACLU*