UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMERICAN CIVIL LIBERTIES
UNION OF FLORIDA, INC., et al.,

    Plaintiffs,

v.                                        CASE NO.: 8:14-cv-1606-T-23TGW

CITY OF SARASOTA, et al.,

    Defendants.
_____/

## **ORDER**

    The plaintiffs' motion (Doc. 24) for leave to reply is **GRANTED-IN-PART**. No later than August 22, 2014, the plaintiffs may submit a paper not exceeding five pages. Because a reply is disfavored under the Local Rules and because experience establishes that a reply is seldom useful and often merely argumentative, this order creates no precedent for, or expectation of, success in any future request by any party to reply.

    ORDERED in Tampa, Florida, on August 14, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE