UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMERICAN CIVIL LIBERTIES
UNION OF FLORIDA, INC.,

v.     CASE No. 8:14-CV-1606-T-23TGW

CITY OF SARASOTA, et al.

_____

ORDER

THIS CAUSE came on for consideration upon the Plaintiffs' Motion for Limited Discovery on Jurisdiction (Doc. 13). Oral argument has been held on the motion.

The plaintiffs fail to demonstrate that discovery is presently warranted because, at this point, there is no reason to think that an evidentiary hearing will be held on the pending motion to remand for lack of jurisdiction, which seems to be the asserted basis for the discovery. The plaintiffs, concomitantly, have not made the required showing of good cause to obtain discovery prior to the case management meeting. See Rule 26(d)(1), F.R.Civ.

P. ; Local Rule 3.05(c)(2); <u>Platinum Mfg. Intern., Inc.</u> v. <u>UniNet Imaging, Inc.</u>, 8:08-CV-310-T-27MAP, 2008 WL 927558 *1 (M.D. Fla. April 4, 2008).

It is, therefore, upon consideration,

ORDERED:

That the Plaintiffs' Motion for Limited Discovery on Jurisdiction (Doc. 13) is **DENIED**.

DONE and ORDERED at Tampa, Florida, this 19th day of August, 2014.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE