UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMERICAN CIVIL LIBERTIES
UNION OF FLORIDA, INC.,
*et al.*

CASE NO. 8:14-CV-1606-T-23TGW

v.

CITY OF SARASOTA, *et al.*

## ORDER

THIS CAUSE came on for consideration upon Plaintiffs ACLU's Motion for Discovery (Doc. 72). Pursuant to Local Rule 3.03(b),(d), requests for discovery shall not be filed with the Court as a matter of course, but may later be filed if necessary to the presentation of a motion to compel or similar proceedings. See also Middle District Discovery (2015) at C.1. Thus, as a matter of course, the jurisdictional discovery requests are to be served upon the opposing parties and, as to any unsatisfactory objections, the matter brought before the court as a Motion to Compel pursuant to Rule 37, F.R.Civ.P. This motion does not contain any reason for deviating from the regular procedure with regard to jurisdictional discovery.

As to the plaintiffs' request to conduct merits discovery, they

acknowledge that such discovery is not warranted before a determination on a motion to remand (Doc. 72, p. 4). Therefore, this request is premature. Finally, the plaintiffs request leave to file a motion to remand following jurisdictional discovery; however, that request is appropriately presented in a separate motion that complies with Local Rule 3.01(a).

It is, therefore, upon consideration,

ORDERED:

That the Plaintiff ACLU's Motion for Discovery (Doc. 72) is **DENIED**.

DONE and ORDERED at Tampa, Florida, this 21st day of March, 2018.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE