UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMERICAN CIVIL LIBERTIES :
UNION OF FLORIDA, INC., :
*et al.* :
: CASE NO. 8:14-CV-1606-T-23TGW
:
v. :
:
CITY OF SARASOTA, *et al.* :

## ORDER

THIS CAUSE came on for consideration upon the Motion of City of Sarasota for Protective Order (Doc. 76). The movant seeks protection from answering the first interrogatory propounded by plaintiff ACLU. The movant argues that it does not have access to the requested information because it is contained in sealed records, and that answering the interrogatory would violate Florida law (id., p. 2).

Presumably, the movant has timely stated its objections to the interrogatory in compliance with Rule 33(b)(2), F.R.Civ.P. Under these circumstances, the procedure that will best facilitate the court's resolution of the disagreement is for the movant, if it does not find the objections

meritorious, to file a motion to compel the answer pursuant to Rule 37(a)(3)(iii), F.R.Civ.P., and in compliance with the format identified in Local Rule 3.04(a).

It is, therefore, upon consideration

ORDERED:

That the Motion of City of Sarasota for Protective Order (Doc. 76) be, and the same is hereby, **DENIED without prejudice.**

DONE and ORDERED at Tampa, Florida, this 23rd day of April, 2018.

                                                  THOMAS G. WILSON
                                          UNITED STATES MAGISTRATE JUDGE