UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMERICAN CIVIL LIBERTIES
UNION OF FLORIDA, INC., et al.,

    Plaintiffs,

v.

No. 8:14-cv-1606 T-23TGW

CITY OF SARASOTA, et al.,

    Defendants.

## Stipulated Voluntary Dismissal

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), all Parties stipulate to the voluntary dismissal with prejudice of this lawsuit. Except as provided in the settlement agreement, each party shall bear its own costs, litigation expenses, and attorney's fees.

**Respectfully Submitted,**

s/Benjamin James Stevenson
**Benjamin James Stevenson**
Fla. Bar. No. 598909
ACLU Found. of Fla.
3 W. Garden St., Suite 712
Pensacola, FL  32502-5636
T. 786.363.2738
bstevenson@aclufl.org

**Andrea Flynn Mogensen**
Cooperating ACLU Foundation of Fla.
Law Off. of Andrea Flynn Mogensen
200 S. Washington Blvd., Ste. 7
Sarasota FL 34236
Fla. Bar. No. 0549681
T. 941.955.1066
F. 941.955.1008
amogensen@sunshinelitigation.com

*Counsel for ACLU*

/s/ Gregg D. Thomas
**Gregg D. Thomas**
Fla. Bar. No. 223913
Thomas & Locicero PL
601 S. Boulevard
Tampa, Florida 33606
T. 813.984.3066
F. 813.984.3070
gthomas@tlolawfirm.com
kbrown@tlolawfirm.com (secondary)

*Attorney for Michael Barfield*

s/Sean P. Flynn
**Sean P. Flynn**
Deputy Chief, Civil Division
Assistant United States Attorney
USAO No. 111
400 North Tampa Street, Suite 3200
Tampa, Florida 33602\
Telephone: (813) 274-6000
Fax: 813-274-6200
sean.flynn2@usdoj.gov

*Counsel for USA & Special Deputy
U.S. Marshal Jackson*

s/Thomas D. Shults
**Thomas D. Shults**
Trial Counsel for City of Sarasota
Florida Bar Number 0363219
Kirk-Pinkerton, P.A.
240 S. Pineapple Avenue, Sixth Floor
Telephone (941) 364-2425
Facsimile (941) 364-2490
socd@kirkpinkerton.com

*Counsel for City of Sarasota*